IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HOLLIE K. WIGGINS and LARRY F. WIGGINS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> BELK, INC., <br><br> Defendant. | Civil Action File No.: CV411-88 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendant Belk, Inc. and moves this Court pursuant to F.R.C.P. 56 for summary judgment against Plaintiffs Hollie K. Wiggins and Larry F. Wiggins, Jr. on their Complaint for Damages. Summary Judgment is appropriate, because no genuine issue of material fact exists, and Defendant is entitled to Judgment as a matter of law.

In support of its Motion, Belk, Inc. relies upon the Deposition testimony of Hollie K. Wiggins; Deposition testimony of Sanford W. Foskey; the Statement of Undisputed Material Facts; the Brief in Support of its Motion for Summary Judgment; all pleadings of record; all documents of record; all matters of record; and all evidence properly before the Court.

1

WHEREFORE, Defendant Belk, Inc. respectfully requests that this Court grant its Motion and enter Summary Judgment in its favor and against Plaintiffs.

This 21st day of September, 2011.

Respectfully submitted,

OLIVER MANER, LLP

*/s/ Benjamin M. Perkins*

Benjamin M. Perkins
Georgia State Bar No.: 140997
*Attorneys for Defendant*
*(signed by Erica L. Morton with Benjamin M. Perkins' express permission)*

OLIVER MANER, LLP
218 West State Street
Savannah, Georgia 31412
Phone: (912) 236-3311

HICKS, CASEY & FOSTER, P.C.

*/s/ Erica L. Morton*

Erica L. Morton
Georgia State Bar No.: 140869
*Attorneys for Defendant*

*Admitted Pro Hac Vice*

HICKS, CASEY & FOSTER, P.C.
136 N. Fairground Street
Marietta, Georgia 30060
Phone: (770) 428-1000
Fax: (770) 428-4684

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| HOLLIE K. WIGGINS and LARRY F. WIGGINS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> BELK, INC., <br><br> Defendant. | Civil Action File No.: CV411-88 |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed this: ***Defendant's Motion for Summary Judgment*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Arnold C. Young, Esq.
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, Georgia 31412-0048

*(signature on next page)*

3

This 21st day of September, 2011.

                                      Respectfully submitted,

                                      OLIVER MANER, LLP

*/s/ Benjamin M. Perkins*

Benjamin M. Perkins
Georgia State Bar No.: 140997
*Attorneys for Defendant*
*(signed by Erica L. Morton with Benjamin M. Perkins' express permission)*

OLIVER MANER, LLP
218 West State Street
Savannah, Georgia 31412
Phone: (912) 236-3311

HICKS, CASEY & FOSTER, P.C.

*/s/ Erica L. Morton*

Erica L. Morton
Georgia State Bar No.: 140869
*Attorneys for Defendant*

*Admitted Pro Hac Vice*

HICKS, CASEY & FOSTER, P.C.
136 N. Fairground Street
Marietta, Georgia 30060
Phone: (770) 428-1000
Fax: (770) 428-4684