**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| HOLLIE K. WIGGINS and LARRY F. WIGGINS, JR., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action File No.: 4:11-CV-00088-BAE-GRS |
| BELK, INC. | ) | |
| Defendant. | ) | |

**AFFIDAVIT**

Before me appeared Nicholas J. Laybourn, who having first been duly sworn stated the following:

1. I am over eighteen (18) years of age and mentally competent to testify regarding statements set forth in this Affidavit. These statements are made based on my personal knowledge.

2. I am an attorney and I am employed by Hunter Maclean Exley & Dunn, P.C.

3. At the request of Arnold C. Young, I went to Belk's at Oglethorpe Mall, Savannah, Georgia, on February 18, 2011 and took photographs numbered 0006 and 0007, attached hereto as Exhibit A and Exhibit B respectively. These photographs are true and accurate depictions of the electrical floor device on which I am advised Hollie K. Wiggins tripped or otherwise was injured in December 2009. Both photographs attached are of the same electrical floor device which is located in the Linen Department on the second floor of Belk's Department Store in a carpeted area. I took the photographs of the electrical floor device at the

top right of the diagram, attached hereto as Exhibit C, next to the figure 3, where the "X" is located.

I have reviewed this Affidavit for accuracy and have had the opportunity to make changes or additions. Having done so, I can state that it is true and correct based upon my personal knowledge.

______________________________
Nicholas J. Laybourn

STATE OF GEORGIA
COUNTY OF CHATHAM

Sworn to and subscribed before me
This 13th day of October, 2011.

______________________________
Notary Public

My Commission Expires:

MAYME W. HARRIS NOTARY My Comm. Exp. Mar. 18, 2013 PUBLIC CHATHAM COUNTY, GA



Exhibit A
0006
2/18/11



0007
2/18/11

Exhibit B

AISLE
MDSE
MDSE
MDSE LINENS
Register
②
③
MDSE
AISLE
AISLE
AISLE
MDSE
MDSE
EVEVATORS
MDSE
MDSE
AI
MDSE
MDSE
MDSE
MDSE
①
Register
AISLE
MDSE
MDSE
TO PARKING DECK
ENTRY
MDSE

**Exhibit C**