# HICKS, CASEY & FOSTER, P.C.
ATTORNEYS AT LAW
136 NORTH FAIRGROUND STREET, N.E.
MARIETTA, GEORGIA 30060-1533

Erica L. Morton  Telephone: (770) 428-1000
E-Mail: erica.morton@hickscasey.com
Direct Extension: 314  Telecopier: (770) 428-4684

February 7, 2012

B. Avant Edenfield, Judge            G.R. Smith, Judge
USDC, Southern District, Savannah    USDC, Southern District, Savannah
125 Bull Street, First Floor         P.O. Box 9563
Savannah, Georgia 31401              Savannah, Georgia 31412

RE: **Hollie K. Wiggins, et al. v. Belk**
    USDC, Southern District, Savannah Division
    Civil Action File No.: 4:11-CV-0088 BAE-GRS

Dear Judge Endenfield and Judge Smith:

Pursuant to Southern District Local Rule 83.1 (E) (3) regarding leaves of absence of not greater than twenty (20) consecutive days, I request that the above-referenced civil action not be calendared during the following period:

**February 22, 2012;**
**February 23, 2012;**
**February 24, 2012;**
**February 27, 2012;**
**February 28, 2012;**
**March 27, 2012;**
**March 28, 2012;**
**March 29, 2012;**
**March 30, 2012;**
**April 2, 2012;** and
**April 3, 2012.**

Honorable B. Avant Edenfield
Honorable G.R. Smith
USDC, Southern District of Georgia, Savannah Division
February 7, 2012
Page 2 of 2

    If you have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

                                Respectfully,

                                HICKS, CASEY & FOSTER, P.C.

                                **/s/ *Erica L. Morton***

                                Erica L. Morton
                                *Admitted Pro Hac Vice*

ELM/mds