# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| HOLLIE K. WIGGINS and LARRY F. WIGGINS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> BELK, INC., <br><br> Defendant. | Civil Action File No.: CV411-88 |

## DISMISSAL WITH PREJUDICE

COME NOW Hollie K. Wiggins and Larry F. Wiggins, Plaintiffs in the above-styled civil action, by and through Plaintiffs' counsel of record, Arnold C. Young, Esq., and hereby dismiss the Complaint in this action WITH PREJUDICE.

This 14th day of March, 2012.

Respectfully submitted,

HUNTER, MACLEAN, EXLEY
& DUNN, P.C.

Arnold C. Young
Georgia Bar No.: 781500

HUNTER, MACLEAN, EXLEY
   & DUNN, P.C.
200 E. Saint Julian Street
Savannah, Georgia 31401
(912) 236-0261 / (912) 236-4936 – fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HOLLIE K. WIGGINS and LARRY F. WIGGINS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> BELK, INC., <br><br> Defendant. | Civil Action File No.: CV411-88 |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed this: ***Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Arnold C. Young, Esq.
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, Georgia 31412-0048

*(signature on next page)*

This 21st day of March, 2012.

                                Respectfully submitted,

                                OLIVER MANER, LLP

                                */s/ Benjamin M. Perkins*
                                Benjamin M. Perkins
                                Georgia State Bar No.: 140997
                                *Attorneys for Defendant*
                                *(signed by Erica L. Morton with*
                                *Benjamin M. Perkins' express*
                                *permission)*

OLIVER MANER, LLP
218 West State Street
Savannah, Georgia 31412
Phone: (912) 236-3311

                                HICKS, CASEY & FOSTER, P.C.

                                */s/ E. L. Morton*
                                Erica L. Morton
                                Georgia State Bar No.: 140869
                                *Attorneys for Defendant*

                                *Admitted Pro Hac Vice*

HICKS, CASEY & FOSTER, P.C.
136 N. Fairground Street
Marietta, Georgia 30060
Phone: (770) 428-1000
Fax: (770) 428-4684